CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 27 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DESMOND GEORGE HIBBERT,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00125 |
| v. | ) ) ) | **ORDER** |
| THE VIRGINIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>    Defendants. | ) ) ) ) | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 27th day of April, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge